UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL CASE NO. 2:09CR087

ROGER WEINER

## ORDER

Comes now before the Court, the United States of America, by and through the United States Attorney for the Northern District of Mississippi on motion to stay production of certain records of Cellular South, Inc., previously ordered to be disclosed. In light of the circumstances and the reasons set forth in the Government's motion, the Court finds the motion well taken and should be granted.

IT IS THEREFORE ORDERED, that the Order previously entered on June 18, 2009, in this cause requiring the disclosure of cell site/tower location information for Cellular South telephone number 228-234-7163 is hereby stayed pending further order of the Court.

SO ORDERED, this the 29th day of June, 2009.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE