IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  CRIMINAL NO. 2:09CR087-NBB-DAS

ROGER WEINER

## ORDER

This matter is before the court on a motion by Paul P. Quinn, a reporter for The Clarion Ledger, to listen in on a telephonic hearing scheduled for this date in the above referenced case. The hearing will be held telephonically because the undersigned is out of the state, and the matter needs to be addressed. Certainly, the court is cognizant of the public's right to attend hearings, but because the present matter is scheduled to be held by telephone and because the undersigned is handling the matter from a remote location, the logistics are such that allowing others to participate is impractical. Any order entered following said hearing will certainly be public, and the public is welcome to any hearings held in the future. Accordingly, the motion filed by The Clarion Ledger to participate in today's hearing is hereby **DENIED.**

**SO ORDERED** this, the 2nd day of July 2009.

/s/ David A. Sanders
U. S. MAGISTRATE JUDGE